UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **13-1928; 13-1939**

Caption [use short title]

Motion for: **Dismissal**

**In re Bayer Combination**

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellees respectfully request that the Court dismiss the respective appeals brought by Appellants Stevens and Johnson.

MOVING PARTY: **Plaintiffs-Appellees**
[✓] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [✓] Appellee/Respondent

OPPOSING PARTY: **Appellants**

MOVING ATTORNEY: **Elizabeth A. Fegan**
Hagens Berman Sobol Shapiro LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301
708-628-4949; beth@hbsslaw.com

OPPOSING ATTORNEY: **Thomas Cox & Gary Sibley**
[name of attorney, with firm, address, phone number and e-mail]
Mr. Cox: 4934 Tremont, Dallas, TX 75214
469-531-3313; tcox009@yahoo.com
Mr. Sibley: 2602 McKinney, Ste 210, Dallas, TX 75204
214-522-5222; g@juris.cc

Court-Judge/Agency appealed from: **Eastern District of New York-Hon. Brian M. Cogan**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [✓] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[✓] Yes  [ ] No  [ ] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No  If yes, enter date:

Signature of Moving Attorney: _____  Date: **June 21, 2013**  Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

---

**ORDER**

IT IS HEREBY ORDERED THAT the motion is GRANTED  DENIED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

Form T-1080 (rev. 7-12)