# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 11th day of July, two thousand and thirteen,

_____

In re: Bayer Corp. Combination

       v.

                                       **ORDER**
                                Docket Number: 13-1928(L)
                                      13-1939(Con)

_____

     This Court's order directing a Pre-Argument Conference with Staff Counsel Vidya Kurella, entered June 18, 2013 is hereby VACATED.

                                       For The Court:
                                       Catherine O'Hagan Wolfe,
                                       Clerk of Court

